**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RICHARD GIBSON, | : | Case No. 1:26-cv-353 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| DERRICK DEVORE, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 2)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 2), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety.  Accordingly, the Court **DISMISSES WITH PREJUDICE** the Complaint in its entirety. This matter is hereby **TERMINATED** from the Court's docket.

 **IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND